IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LONESTAR INVENTIONS, L.P. | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | Civil Action No. 6:07-cv-00261-LED |
| NINTENDO OF AMERICA, INC. | § | |
| Defendant | § | |
| | § | |

**JOINT MOTION FOR ENTRY OF AN ORDER ENTERING THE RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now Plaintiff, Lonestar Inventions, L.P. and Defendant, Nintendo of America Inc., and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate that all claims and counterclaims in this action be dismissed, with costs to be borne by the party incurring the same. The dismissal is to be with prejudice, except that Nintendo's counterclaim that the '725 Patent is invalid is to be dismissed without prejudice.

Wherefore, premises considered, the parties respectfully pray entry of an order dismissing this cause in its entirety, with prejudice, except as to Nintendo's claim that United States Patent No. 5,208,725 is invalid, which dismissal is to be without prejudice, and with costs to be borne by the party incurring the same.

Dated: July 16, 2009

Respectfully submitted,

By:*/s/ Aaron J. Pickell*
Kurt M. Sauer
State Bar No. 17673700
Aaron J. Pickell
State Bar No. 24051193
DAFFER MCDANIEL, L.L.P.
700 Lavaca, Suite 720
Austin, Texas 78701

{A48\7709\0003\W0398917.1 }

                Telephone: (512) 476-1400
                Facsimile: (512) 703-1250
                Email: ksauer@dmtechlaw.com

                ATTORNEY FOR PLAINTIFF
                LONESTAR INVENTIONS, L.P.

OF COUNSEL:
Phillip T. Bruns
T.B.A. No. 03258500
Email: pbruns@gibbs-bruns.com
Barrett H. Reasoner
T.B.A. No. 16641980
Email: breasoner@gibbs-bruns.com
Chris Reynolds
T.B.A. No. 16801900
Email: jreynolds@gibbs-bruns.com
GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, Texas   77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

Carl R. Roth
The Roth Firm
115 N. Wellington, Suite 200
Marshall, Texas 75670-3396
Telephone:  (903) 935-1665
Facsimile:  (903) 935-1797
Email: cr@rothfirm.com

           BY:   */s/ Joseph S. Presta, with permission*
                *by Chris Reynolds*
                Joseph S. Presta
                jsp@nixonvan.com
                Robert W. Faris
                rwf@nixonvan.com
                Nixon & Vanderhye P.C.
                901 North Glebe Road, 11th Floor
                Arlington, VA 22203-1808
                Telephone: (703) 816-4000
                Facsimile: (703) 816-4100

OF COUNSEL:
Michael E. Jones
State Bar No. 10929400

mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College 500 Plaza Tower
Tyler, TX 75702
903-597-8311
903-593-0846 (facsimile)
**ATTORNEYS FOR DEFENDANT
AND COUNTERCLAIMANT
NINTENDO OF AMERICA INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 16, 2009. Any other counsel of record will be served by U.S. first class U.S. mail on this same date.

                                                */s/ Aaron J. Pickell*
                                                Aaron J. Pickell